JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 8 2007

FILED
CLERK'S OFFICE

## DOCKET NO. 1810

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE MERSCORP INC., ET AL., REAL ESTATE SETTLEMENT PROCEDURES ACT (RESPA) LITIGATION*

Stephen B. Wilkins v. MERSCORP Inc., et al., D. Colorado, C.A. No. 1:04-364
Cedric King v. MERSCORP Inc., et al., S.D. Georgia, C.A. No. 2:07-28

### CONDITIONAL TRANSFER ORDER (CTO-4)

On January 10, 2007, the Panel transferred eight civil actions to the United States District Court for the Southern District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d.___ (J.P.M.L. 2007). Since that time, 11 additional actions have been transferred to the Southern District of Texas. With the consent of that court, all such actions have been assigned to the Honorable Janis Graham Jack.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Texas and assigned to Judge Jack.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Texas for the reasons stated in the order of January 10, 2007, and, with the consent of that court, assigned to the Honorable Janis Graham Jack.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Texas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

MAR 2 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# INVOLVED COUNSEL LIST (CTO-4)
# DOCKET NO. 1810
# IN RE MERSCORP INC., ET AL., REAL ESTATE SETTLEMENT PROCEDURES ACT (RESPA) LITIGATION

Mark A. Helm
Law Offices of Mark Helm
850 South Donner Way
# 503
Salt Lake City, UT 84108-2133

Mark A. Tate
Carter & Tate, PC
P.O. Box 9060
2 E. Bryan Street, Suite 600
Savannah, GA 31412

Robert Bradley Turner
Savage, Turner, Pinson & Karsman
P.O. Box 10600
304 E. Bay Street
Savannah, GA 31412